# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:

DARREN TOWNSEND  
ANDREA TOWNSEND,

Case No. 09-71765-SCS  
Chapter 7

    Debtors.

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

    Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>12025 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $ 53.39 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>12025 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $128.23 |
| **TOTAL:** | **$181.62** |

Dated: July 13, 2011

/s/ Charles L. Marcus  
Charles L. Marcus, Trustee  
VSB #7020

Charles L. Marcus, Trustee  
580 East Main Street, Suite 300  
Norfolk, VA  23510  
(757) 622-9005

CERTIFICATE OF SERVICE

      I certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was sent by the Court's ECF System on July 13, 2011 to the Office of the U.S. Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.

                                                /s/ Charles L. Marcus  
                                                Charles L. Marcus, Trustee